# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELZE BLOCK, | ) | NO. CV 11-5745 AG (FMO) |
|       Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MIKE MARTEL, Warden, | ) | |
|       Respondent. | ) | |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 24, 2011.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE